# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D18-2362
1D18-2365

_____

TYRIS DEVANTE HAWKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

June 28, 2019


GAY, SHONNA YOUNG, ASSOCIATE JUDGE.

Appellant's sentences are reversed, and we remand for imposition of nonstate prison sanctions. *See Johnson v. State,* 260 So. 3d 502 (Fla. 1st DCA 2018).

REVERSED.

M.K. THOMAS, J., concurs; B.L. THOMAS, C.J., dissents without opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.